**PROSKAUER ROSE LLP**
David A. Picon (*pro hac vice*)
Timothy Q. Karcher (*pro hac vice*)
Elliot R. Stevens (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
dpicon@proskauer.com
tkarcher@proskauer.com
estevens@proskauer.com

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. S.B. No. 151445)
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 364-6798
tkeller@kbkllp.com

*Attorneys for Yesco Holdings Co., Ltd.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Debtors, | Bankr. Case No. 22-50302<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 22-50303 and 22-50337) |
| FORMATION GROUP FUND I, L.P., FORMATION GROUP GP I, LLC, and FORMATION GROUP (CAYMAN) FUND I, L.P.<br>Plaintiffs,<br>v.<br>YESCO HOLDINGS CO., LTD.<br>Defendant | Adv. Proc. No. 22-05020<br><br>**DECLARATION OF DAVID A. PICON IN SUPPORT OF MOTION TO REDACT DOCUMENTS FILED IN SUPPORT OF MOTION TO DISMISS**<br><br>[No Hearing Requested] |

1      I, David A. Picon, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

2.     1.    I am an attorney at Proskauer Rose LLP and represent Yesco Holdings Co., Ltd. ("<u>Yesco</u>") in the above captioned adversary proceeding. I submit this Declaration in support of the *Motion to Redact Documents Filed in Support of Motion to Dismiss* (the "<u>Motion</u>"),[1] filed contemporaneously herewith.

3.     2.    Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge. If called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this declaration on behalf of Yesco.

4.     3.    **Exhibits A–W** to the Jang Declaration (the "<u>Redacted Exhibits</u>") contain the name, address, and financial information (collectively, the "<u>Personal Information</u>") of various entities and individuals. The Redacted Exhibits include various investment agreements, option agreements, option notices, amendments to those agreements, and related letter agreements that contain sensitive bank account details, wiring information, financial information, and confidential details about non-debtor third parties. This information has not been deemed confidential by the terms of the Protective Order, but in the interest of caution, Yesco seeks to redact the Personal Information to ensure the privacy of all parties involved.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this twenty-eighth day of July, 2022.

/s/ David A. Picon

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.