The following constitutes the order of the Court.
Signed: July 29, 2022

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

**PROSKAUER ROSE LLP**
David A. Picon (*pro hac vice*)
Timothy Q. Karcher (*pro hac vice*)
Elliot R. Stevens (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
dpicon@proskauer.com
tkarcher@proskauer.com
estevens@proskauer.com

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (Cal. S.B. No. 151445)
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 364-6798
tkeller@kbkllp.com

*Attorneys for Yesco Holdings Co., Ltd.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Debtors, | Bankr. Case No. 22-50302 (MEH)<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 22-50303 and 22-50337) |
| FORMATION GROUP FUND I, L.P., FORMATION GROUP GP I, LLC, and FORMATION GROUP (CAYMAN) FUND I, L.P.<br>              Plaintiffs,<br>v.<br>YESCO HOLDINGS CO., LTD.<br>              Defendant | Adv. Proc. No. 22-05020<br><br>**ORDER GRANTING MOTION TO REDACT DOCUMENTS FILED IN SUPPORT OF MOTION TO DISMISS**<br><br>[No Hearing Requested] |

Upon the Motion, dated July 28, 2022 (the "Redaction Motion"), of Yesco Holdings Co., Ltd. ("Yesco") as defendant in the above-captioned adversary proceeding pursuant to sections 105(a) and 107 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "Bankruptcy Local Rules") and the *Procedures for Filing Redacted or Sealed Confidential or Highly Sensitive Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "Local Procedures"), for entry of an order (a) authorizing the Yesco to redact the name, address, and financial information (the "Personal Information") contained in **Exhibits A–W** to the the Declaration of So Hyeon Jang in Support of Defendant's Motion to Dismiss, dated July 26, 2022 (the "Jang Declaration") and (b) directing that the unredacted copies of Exhibits A–W provided to the Court shall remain under seal and confidential and not be made available without the consent of Yesco or further order from the Court; and consideration of the Redaction Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Redaction Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Redaction Motion and the Picon Declaration submitted in support of the Redaction Motion; and this Court having determined that the legal and factual bases set forth in the Redaction Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Redaction Motion is granted as provided herein.

2. Yesco is authorized to file redacted copies of Exhibits A–W to the Jang Declaration pursuant to section 107 of the Bankruptcy Code.

3. The unredacted copies of Exhibits A–W to the Jang Declaration provided to the Court are confidential, shall remain under seal, and shall not be made available to anyone without the

consent of Yesco, except that unredacted copies of Exhibits A-W to the Jang Declaration shall be provided to (i) the Court and (ii) upon request, the U.S. Trustee on a strictly confidential basis.

4. Notice of the Redaction Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. Yesco is authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Redaction Motion.

6. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **