

The following constitutes the order of the Court.
Signed: August 5, 2022

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>FORMATION GROUP FUND I, L.P.,<br><br><br><br>Debtor(s). | Case No. 22-50302 MEH<br><br>Chapter 11 |
| FORMATION GROUP FUND I, L.P.<br>et al.,<br><br>               Plaintiffs.<br>v.<br>YESCO HOLDINGS CO., LTD.,<br><br>               Defendant. | Adv. No. 22-5020<br><br><br><br>Continued Initial Scheduling Conference:<br><br>Date: 09/27/22<br>Time: 11:00 a.m.<br>Ctrm: 11<br>Judge: Hon. M. Elaine Hammond |

## ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

In consideration of defendant's motion to dismiss, which is set for hearing on September 27, 2022, and good cause appearing, it is

ORDERED that the Initial Scheduling Conference in this matter set for September 12, 2022 is continued to September 27, 2022 at 11:00 a.m.

\*\*END OF ORDER \*\*

1

**COURT SERVICE LIST**

ECF Participants