SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
AMANDA L. COTTRELL, Cal. Bar No. 24064972 (admitted *pro hac vice*)
JEANNIE KIM, Cal. Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
E mail okatz@sheppardmullin.com
       acottrell@sheppardmullin.com
       jekim@sheppardmullin.com

Attorneys for Debtors, Debtors in Possession and Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Debtors and Debtors in Possession,[1] | Bankr. Case No. 22-50302<br><br>(Jointly Administered with Case Nos. 22-50303 and 22-50337)<br><br>Chapter 11 Proceeding |
| FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Plaintiffs,<br><br>v.<br><br>YESCO HOLDINGS CO., LTD., a corporation organized under the laws of the Republic of Korea | Adv. Proceeding No. 22-05020<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE**<br><br>Judge: Hon. M. Elaine Hammond<br>Date: October 11, 2022<br>Time: 11:00 a.m.<br>Crtrm.: 11<br>280 South First Street, 3rd Fl.<br>San Jose, CA 95113<br>- or -<br>Via ZoomGov |

---

[1] The last four digits of Formation Group Fund I, L.P.'s tax identification number are 6810, the last four digits of Formation Group I, LLC's tax identification number are 6463; and the last four digits of Formation Group (Cayman) Fund I, L.P. are 6450. The Debtors' principal place of business and service address in these chapter 11 cases is 451 University Avenue, Palo Alto, CA 94103.

| | |
|---|---|
| 1 | Plaintiffs Formation Group Fund I, L.P. ("FGF"), Formation Group GP I, LLC |
| 2 | ("Formation General Partner"), and Formation Group (Cayman) Fund I, L.P. ("Cayman Fund") |
| 3 | (collectively, "Plaintiffs") and defendant Yesco Holdings Co., Ltd. ("Defendant," and together |
| 4 | with Plaintiffs, collectively, the "Parties") jointly submit this *Joint Statement in Response to Order* |
| 5 | *re Initial Disclosures and Discovery Conference* (the "Joint Statement") in lieu of filing a written |
| 6 | Discovery Plan as ordered by the Court in its *Order re Initial Disclosures and Discovery* |
| 7 | *Conference* [ECF No. 4] (the "Discovery Order"). |
| 8 | Paragraph 4 of the Discovery Order directs the Parties to develop and file a written |
| 9 | Discovery Plan after holding a Discovery Conference. As described in that *Declaration of Ori* |
| 10 | *Katz in Support of Formation Group Fund I, L.P., et al's Opposition to Defendant Yesco Holdings* |
| 11 | *Co., Ltd.'s Motion to Dismiss* [ECF No. 22], the Parties met and conferred at an initial Discovery |
| 12 | Conference on September 9, 2022. At the Discovery Conference, Defendant's counsel indicated |
| 13 | that Defendant prefers not to engage in any discovery, including Rule 26 initial disclosures, prior |
| 14 | to the Court's determination of the *Defendant's Motion to Dismiss* [ECF No. 11] (the "Dismissal |
| 15 | Motion"). |
| 16 | Plaintiffs are, and have been, prepared to develop with Defendant a written Discovery Plan |
| 17 | and to file such Discovery Plan with the Court, but have no objection to waiting until the Court |
| 18 | rules on the Dismissal Motion. In the event that the Dismissal Motion is not granted, Defendant is |
| 19 | prepared to proceed in accordance with the terms of the Discovery Order. |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

The Parties file this Joint Statement to advise the Court of their respective positions in advance of the initial scheduling conference set for October 11, 2022, at 11:00 a.m., at which time the Court also will hear the Dismissal Motion.

Dated: October 7, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
ORI KATZ
AMANDA COTTRELL (*admitted pro hac vice*)
JEANNIE KIM

Attorneys for Plaintiffs FORMATION GROUP FUND I, L.P., FORMATION GROUP GP I, LLC, and FORMATION GROUP (CAYMAN) FUND I, L.P.

Dated: October 7, 2022

PROSKAUER ROSE LLP

DAVID A. PICON (*admitted pro hac vice*)
TIMOTHY Q. KARCHER (*admitted pro hac vice*)
ELLIOT R. STEVENS (*admitted pro hac vice*)

KELLER BENVENUTTI KIM LLP

By _____
*/s/ Tobias S. Keller*
TOBIAS S. KELLER

Attorneys for Defendant Yesco Holdings Co., Ltd.