PROSKAUER ROSE LLP
David A. Picon (*pro hac vice*)
Timothy Q. Karcher (*pro hac vice*)
Elliot R. Stevens (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Fax: (212) 969-2900
dpicon@proskauer.com
tkarcher@proskauer.com
estevens@proskauer.com

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (Cal. S.B. No. 151445)
650 California Street, Suite 1900
San Fransisco, CA 94108
Telephone: (415) 796-0709
tkeller@kbkllp.com

*Attorneys for Yesco Holdings Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re:<br><br>FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Debtors,[1] | Bankr. Case No. 22-50302<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 22-50303 and 22-50337) |
| FORMATION GROUP FUND I, L.P., FORMATION GROUP GP I, LLC, and FORMATION GROUP (CAYMAN) FUND I, L.P.<br>Plaintiffs,<br>v.<br>YESCO HOLDINGS CO., LTD.<br>Defendant | Adv. Proc. No. 22-05020<br><br>**DECLARATION OF ELLIOT R. STEVENS IN OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AGAINST YESCO PURSUANT TO FED. R. CIV. P. 37(e), FED. BANKR. P. 7001(9), AND THE COURT'S INHERENT POWERS** |

---

[1] The last four digits of Formation Group Fund I, L.P.'s tax identification number are 6810, and the last four digits of Formation Group I, LLC's tax identification number are 6463; and the last four digits of Formation Group (Cayman) Fund I, L.P. are 6450. The Debtors' principal place of business and service address in these chapter 11 cases is 451 University Avenue, Palo Alto, CA 94103.

I, Elliot R. Stevens, declare as follows:

1. I am an associate at Proskauer Rose LLP ("Proskauer"). Proskauer represents Yesco Holdings Co. Ltd. ("**Yesco**") in this action. I submit this declaration in support of Yesco's opposition (the "**Opposition**"), filed concurrently herewith, to *Plaintiffs' Motion for Discovery Sanctions Against Yesco Pursuant to Fed. R. Civ. P. 37(e), Fed. Bankr. P. 7001(9), and the Court's Inherent Powers* [ECF No. 46].[2] I have personal knowledge of the matters set forth in this declaration.

2. On January 9, 2023, Debtors and Yesco served on each other their first set of written discovery requests.

3. On February 23, 2023, pursuant to an agreed-upon extension of the time to respond, Debtors and Yesco served on each other their responses and objections to the other parties' written discovery requests.

4. On March 14, 2023, I emailed Ori Katz and Amanda Cottrell with a list of questions and concerns regarding Debtors' responses and objections.

5. The same day, Steven Gersten replied to my email, listing certain questions and concerns Debtors had regarding Yesco's responses and objections.

6. Mr. Gersten and I agreed to have a meet and confer to discuss the issues we had raised in our respective emails. Mr. Gersten and I held that meet and confer, via Zoom, on March 22, 2023. While discussing each side's questions regarding the other's discovery responses, I told Mr. Gersten that I understood Yesco and Lee & Ko had been searching for documents in all locations they reasonably would expect to find responsive documents, but I also noted that Yesco's production may be limited because the email accounts of CJ Kim and Bryan Lee had been deleted automatically 90 days after they left Yesco's employ.

7. Later that day, I sent the email attached hereto as Exhibit A memorializing our meet and confer conversation. In that email, I inserted line

---

[2] Capitalized terms used but not defined herein shall have the meaning given them in the Opposition.

1

Case: 22-05020    Doc# 64    Filed: 09/27/23    Entered: 09/27/23 22:26:48    Page 2 of 7
DECLARATION OF ELLIOT R. STEVENS – ADV. PROC. NO. 22-05020

comments into the prior emails between myself and Steven noting what we had discussed on our meet and confer and the conclusions we had come to. In that memorialization, I noted that we had discussed the issue of the deletion of CJ Kim's and Bryan Lee's email accounts.

8. Proskauer did not receive an upload of the documents Yesco and/or Lee & Ko had found until April 2023.

9. Attached hereto as Exhibit B is a true and correct copy of the document, Bates stamped FGF_003444, which was marked as Debtors' Rule 30(b)(6) Exhibit 3 at the deposition of Debtors' Rule 30(b)(6) witness on August 23, 2023.

10. Attached hereto as Exhibit C is a certified translation of the document filed as Exhibit B to this declaration.

11. Attached hereto as Exhibit D is a true and correct copy of the document Bates stamped FGF_001065, which was marked as Debtors' Rule 30(b)(6) Exhibit 12 at the deposition of Debtors' Rule 30(b)(6) witness on August 23, 2023.

12. Attached hereto as Exhibit E is a certified translation of the document filed as Exhibit D to this declaration.

13. Attached hereto as Exhibit F is a true and correct copy of the document Bates stamped FGF_003300, which was marked as Jang Exhibit 1 at the deposition of Rei Young Jang on August 24, 2023.

14. Attached hereto as Exhibit G is a certified translation of the document filed as Exhibit F to this declaration.

15. Attached hereto as Exhibit H is a true and correct copy of the document Bates stamped FGF_002535, which was marked as Jang Exhibit 2 at the deposition of Rei Young Jang on August 24, 2023.

16. Attached hereto as Exhibit I is a certified translation of the document filed as Exhibit H to this declaration.

2

Case: 22-05020    Doc# 64    Filed: 09/27/23    Entered: 09/27/23 22:26:48    Page 3 of 7
DECLARATION OF ELLIOT R. STEVENS – ADV. PROC. NO. 22-05020

17. Attached hereto as Exhibit J is a true and correct copy of the document Bates stamped FGF_002891 through FGF_002896, which was marked as Jang Exhibit 3 at the deposition of Rei Young Jang on August 24, 2023.

18. Attached hereto as Exhibit K is a certified translation of the document filed as Exhibit J to this declaration.

19. Attached hereto as Exhibit L is a true and correct copy of the document Bates stamped FGF_000002, which was marked as Jang Exhibit 4 at the deposition of Rei Young Jang on August 24, 2023.

20. Attached hereto as Exhibit M is a certified translation of the document filed as Exhibit L to this declaration.

21. Attached as Exhibit N is a true and correct copy of the document Bates stamped FGF_001066, which was marked as Jang Exhibit 6 at the deposition of Rei Young Jang on August 24, 2023.

22. Attached as Exhibit O is a true and correct copy of the document Bates stamped FGF_001067, which was marked as Jang Exhibit 7 at the deposition of Rei Young Jang on August 24, 2023.

23. Attached hereto as Exhibit P is a true and correct copy of the document Bates stamped FGF_001068 through FGF_001069, which was marked as Jang Exhibit 8 at the deposition of Rei Young Jang on August 24, 2023.

24. Attached hereto as Exhibit Q is a certified translation of the document filed as Exhibit P to this declaration.

25. Attached hereto as Exhibit R is a true and correct copy of the document Bates stamped FGF_001090, which was marked as Jang Exhibit 9 at the deposition of Rei Young Jang on August 24, 2023.

26. Attached hereto as Exhibit S is a certified translation of the document filed as Exhibit R to this declaration.

3

Declaration of Elliot R. Stevens – Adv. Proc. No. 22-05020

27. Attached hereto as Exhibit T is a true and correct copy of the document Bates stamped FGF_003306, which was marked as Jang Exhibit 10 at the deposition of Rei Young Jang on August 24, 2023.

28. Attached hereto as Exhibit U is a certified translation of the document filed as Exhibit T to this declaration.

29. Attached hereto as Exhibit V is a true and correct copy of the text version of the document Bates stamped FGF_001742, which was marked as Jang Exhibit 12 at the deposition of Rei Young Jang on August 24, 2023.[3]

30. Attached hereto as Exhibit W is a certified translation of the document filed as Exhibit V to this declaration.

31. Attached hereto as Exhibit X is a true and correct copy of the document Bates stamped FGF_003259, which was marked as BK Exhibit 1 at the deposition of Brian Koo on August 30, 2023.

32. Attached hereto as Exhibit Y is a certified translation of the document filed as Exhibit X to this declaration.

33. Attached hereto as Exhibit Z is a true and correct copy of the document Bates stamped FGF_002517 through FGF_002518, which was marked as BK Exhibit 3 at the deposition of Brian Koo on August 30, 2023.

34. Attached hereto as Exhibit AA is a certified translation of the document filed as Exhibit Z to this declaration.

35. Attached hereto as Exhibit BB is a true and correct copy of the document Bates stamped FGF_002535, which was marked as BK Exhibit 4 at the deposition of Brian Koo on August 30, 2023.

36. Attached hereto as Exhibit CC is a certified translation of the document filed as Exhibit BB to this declaration.

---

[3] The version attached includes a copy of the document Bates stamped FGF_001065 and marked as Debtors' Rule 30(b)(6) Exhibit 12, which was included in the copy of Jang Exhibit 12 that Yesco received from the court reporter.

4

Case: 22-05020   Doc# 64   Filed: 09/27/23   Entered: 09/27/23 22:26:48   Page 5 of 7
DECLARATION OF ELLIOT R. STEVENS – ADV. PROC. NO. 22-05020

37. Attached hereto as Exhibit DD is a true and correct copy of the document Bates stamped FGF_007649 through FGF_007651. This document was produced to Yesco on September 1, 2023.

38. Attached hereto as Exhibit EE is a certified translation of the document filed as Exhibit DD to this declaration.

39. Attached hereto as Exhibit FF is a true and correct copy of the document Bates stamped YESCO_00000851.

40. Attached hereto as Exhibit GG is a certified translation of the document filed as Exhibit FF.

41. I have been advised that the emails shown in the document Bates stamped YESCO_00000851 are not contained in Debtors' productions.

42. Attached hereto as Exhibit HH is a true and correct copy of the document Bates stamped YESCO_00002831.

43. Attached hereto as Exhibit II is a certified translation of the document filed as Exhibit HH.

44. I have been advised that the emails shown in the document Bates stamped YESCO_00002831 are not contained in Debtors' productions.

45. I have been advised that Debtors' production contained no more than 10 email chains containing internal discussions solely between members of the Debtors (specifically, the documents marked with the following Bates stamps: FGF_000240; FGF_000464; FGF_003305; FGF_006240; FGF_006680; FGF_006798; FGF_006804; FGF_006904; FGF_007647; FGF_007649).

46. Attached hereto as Exhibit JJ is a true and correct copy of the document, Bates stamped FGF_007018 through FGF_007020, which was marked as Debtors' Rule 30(b)(6) Exhibit 2 at the deposition of Debtors' Rule 30(b)(6) witness on August 23, 2023.

5

Case: 22-05020    Doc# 64    Filed: 09/27/23    Entered: 09/27/23 22:26:48    Page 6 of 7
DECLARATION OF ELLIOT R. STEVENS – ADV. PROC. NO. 22-05020

47. Attached hereto as Exhibit KK is a true and correct copy of a certified translation of the document attached as Exhibit A to the Declaration of Gu Hwan Nam Declaration, filed contemporaneously herewith.

48. Attached hereto as Exhibit LL is a true and correct copy of excerpts of the deposition transcript of Debtors' Rule 30(b)(6) witness, taken August 23, 2023, referred to in the Opposition.

49. Attached hereto as Exhibit MM is a true and correct copy of excerpts of the deposition transcript of Rei Young Jang, taken August 24, 2023, referred to in the Opposition.

50. Attached hereto as Exhibit NN is a true and correct copy of excerpts of the deposition transcript of Brian Koo, taken August 30, 2023, referred to in the Opposition.

51. Attached hereto as Exhibit OO is a true and correct copy of the documents Bates stamped FGF_001070, FGF_001071, FGF_001072, FGF_001073, which were produced as the attachments to the email attached hereto as Exhibit P.

52. Attached hereto as Exhibit PP is a true and correct copy of the document Bates stamped FGF_001091 through FGF_001093, which was produced as the attachment to the email attached hereto as Exhibit R.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of September, 2023.

Elliot R. Stevens

6

Case: 22-05020    Doc# 64    Filed: 09/27/23    Entered: 09/27/23 22:26:48    Page 7 of 7

DECLARATION OF ELLIOT R. STEVENS – ADV. PROC. NO. 22-05020