SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ORI KATZ, Cal. Bar No. 209561
JEANNIE KIM, Cal. Bar No. 270713
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
Emails:    okatz@sheppardmullin.com
              jekim@sheppardmullin.com

AMANDA L. COTTRELL,
  Tx. Bar No. 24064972 (admitted *pro hac vice*)
STEVEN G. GERSTEN,
Tx. Bar No. 24087579 (admitted *pro hac vice*)
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone:    469.391.7400
Facsimile:     469.391.7401
E mail         acottrell@sheppardmullin.com
                sgersten@sheppardmullin.com

Attorneys for Debtors, Debtors in Possession and Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Debtors and<br>Debtors in Possession,[1] | Bankr. Case No.: 22-50302 (Lead)<br><br>Chapter 11<br><br>(Jointly Administered with<br>Case Nos. 22-50303 and 22-50337) |
| FORMATION GROUP FUND I, L.P., a Delaware limited partnership, FORMATION GROUP GP I, LLC, a Delaware limited company, and FORMATION GROUP (CAYMAN) FUND I, L.P., a Cayman Islands exempted limited partnership,<br><br>Plaintiffs,<br>v.<br><br>YESCO HOLDINGS CO., LTD., a corporation organized under the laws of the Republic of Korea<br><br>Defendant. | Adv. Proceeding No. 22-05020<br><br>**STIPULATION BETWEEN DEBTORS AND YESCO HOLDINGS CO., LTD. TO DISMISS ADVERSARY PROCEEDING**<br><br>*No Hearing Requested* |

---

[1] The last four digits of Formation Group Fund I, L.P.'s tax identification number are 6810, and the last four digits of Formation Group I, LLC's tax identification number are 6463; and the last four digits of Formation Group (Cayman) Fund I, L.P. are 6450. The Debtors' principal place of business and service address in these chapter 11 cases is 451 University Avenue, Palo Alto, CA 94103.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE HONORABLE COURT:**

This Stipulation is entered into by and between debtors in the above-captioned jointly administered bankruptcy cases (collectively, "Plaintiffs"), on the one hand, and Defendant Yesco Holdings Co., Ltd. ("Defendant," and together with the Plaintiffs, the "Parties") on the other hand, by and through their respective counsel of record.

**RECITALS**

A. On April 28, 2022, Plaintiffs initiated the above-captioned adversary proceeding against Defendant by filing a complaint asserting various causes of action, and seeking, among other things, declaratory judgment relief, mandatory subordination of Defendant's claims against Plaintiffs, avoidance and recovery of certain transfers of Plaintiffs' assets (as amended on January 5, 2023, the "Complaint").

B. The Plaintiffs, on the one hand, and Defendant, on the other hand, have engaged in settlement discussions and determined to resolve consensually the disputes between them (the "Settlement"), subject to Court approval of the Plaintiffs' motion to approve the Settlement (the "Settlement Motion") under Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

C. In accordance with the terms and conditions of the Settlement and the Court's entry of an order granting the Settlement Motion, the Parties agree to dismissal of the instant adversary proceeding.

**STIPULATION**

The parties hereby stipulate and agree to:

1. Dismiss the instant adversary proceeding with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable here by Bankruptcy Rule 7041, effective the date of entry of an Order approving this Stipulation.

/ / /

/ / /

/ / /

2. Vacate any pending matters in the instant adversary proceeding.

3. The parties shall bear their own fees and costs.

Dated: February 21, 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ *Ori Katz*
          ORI KATZ
          AMANDA L. COTTRELL
          JEANNIE KIM

Counsel for Debtors and Debtors in Possession and Plaintiffs

Dated: February 21, 2024    KELLER BENVENUTTI KIM LLP

By        /s/ *Tobias S. Keller*
          TOBIAS S. KELLER

Counsel for Yesco Holdings Co., Ltd.

Dated: February 21, 2024    PROSKAUER ROSE LLP

By        /s/ *David Picon*
          DAVID PICON (admitted *pro hac vice*)
          TIMOTHY KARCHER (admitted *pro hac vice*)

Counsel for Yesco Holdings Co., Ltd.